[No. 24402-7-I.   Division One.   September 17, 1990.]

*In the Matter of the Marriage of* DIANNE R. LEGG,
*Respondent, and* WILLIAM E. LEGG,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84-3-06485-8, John M. Darrah, J., entered
June 5, 1989. *Affirmed* by unpublished opinion per Grosse,
A.C.J., concurred in by Swanson and Baker, JJ.

[No. 23770-5-I.   Division One.   September 17, 1990.]

*In the Matter of the Marriage of* MARY H. LENZE,
*Appellant, and* THOMAS G. LENZE,
*Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 87-3-04946-2, Stephen M. Reilly, J., entered
February 3, 1989. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Scholfield and Webster, JJ.

[No. 26203-3-I.   Division One.   September 17, 1990.]

*In the Matter of the Dependency of* J.D.S.

NORMA GOULDING, *Petitioner, v.* THE DEPARTMENT
OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 90-7-00219-3, Norma Smith Huggins, J.,
entered May 1, 1990. *Reversed* by unpublished per curiam
opinion.